AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of California



| United States of America | ) | |
|---|---|---|
| v. | ) | |
| FEDERICO CASTELLANOS VELASCO | ) | Case No. 1:17 MJ 00103 SAB |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 27, 2002__ in the county of __Tulare__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1073(1) | Unlawful Flight to Avoid Prosecution |

This criminal complaint is based on these facts:
See Affidavit, attached hereto and incorporated herein by reference.

☑ Continued on the attached sheet.

_____
Complainant's signature

Thomas A. Volk, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/15/2017

_____
Judge's signature

City and state: Fresno, California

Stanley A. Boone, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Thomas A. Volk, being sworn, depose and state the following:

### I. INTRODUCTION

1. This affidavit is in support of a Criminal Complaint and Arrest Warrant charging Federico Castellanos Velasco (hereinafter "Velasco") with violating 18 U.S.C. §1073(1), to wit, Unlawful Flight to Avoid Prosecution. The information set forth in this affidavit is not intended to detail each and every fact and circumstance of the investigation involving Velasco, or all of the information known to law enforcement. The information provided in this affidavit serves only to establish probable cause for the arrest of Velasco.

2. The information contained in this affidavit is based upon my investigation, training, and experience, and where noted, information related to me by other law enforcement officers and/or agents.

### II. AFFIANT'S BACKGROUND

3. I am a Special Agent with the Federal Bureau of Investigation (FBI). I have been employed with the FBI since May of 2015. I graduated from the FBI Academy, located in Quantico, Virginia. Prior to being employed with the FBI, I was a Deputy with the United States Marshals Service from April of 2009 through May of 2015. I previously graduated from the Federal Law Enforcement Training Center, located in Glynco, Georgia. Throughout my law enforcement career, I have attended multiple trainings and conducted investigations related to criminal street gangs, violent crime, firearms, controlled substances, organized criminal enterprises, and other violations of the criminal laws of the United States.

4. Prior to my employment with FBI, I was criminal investigator for the United States Marshals Service for five years. Prior to that, I was employed as a Special Agent with the Secret Service. During my employment with the Marshals Service and Secret Service, I participated in cases involving violations of Title 18. I testified in grand jury proceedings, evidentiary hearings and conducted trial preparation for cases for these cases.

### III. PROBABLE CAUSE

5.  According to an investigation conducted by the Visalia, California, Police Department (VPD), case file number 02-03216, on February 27, 2002,[1] at 10:14 pm, subject Velasco and two additional, unknown male subjects forced their way into the residence of M.C., located at 1937 S. Stevenson Street, Visalia, California. Velasco and the two unknown male subjects ordered M.C. out of bed in the presence of his seven-year-old daughter (M.P.), bound his hands and the hands of two other adult male roommates (R.M. and M.B.) who shared the house with M.C. behind their backs. R.M. and M.B. were in the garage area of the home when they were bound and ordered to the floor by the unknown male subject and could hear, but not see the encounter between M.C. and the subjects. After a brief period of time, Velasco shot M.C. several times while he pleaded for his life. After being shot, M.C. was able to break free from his captors and flee the house. Velasco and the two unknown subjects initially chased after M.C., but ultimately fled the area. Police and emergency service personnel arrived on the scene and provide medical assistance to M.C. M.C. was stabilized and transported to a hospital. M.C. ultimately died as a result of the trauma he sustained from being shot by Velasco.

6.  Prior to death, M.C. was able to positively identify Velasco as the individual who had shot him. M.C. told investigators that he had previously lived in Kennewick, Washington, and that Velasco and his wife, Maria Mendoza Velasco, owned a large, successful car dealership there. Maria Velasco had, upon Cardenas's request, loaned M.C. a large sum of money without Federico Velasco's knowledge. When Federico Velasco found out about the loan, he accused M.C. of having an affair with his wife, and threatened M.C. for that reason and also demanded immediate repayment of the loan. M.C. moved from Washington State to Visalia, California, due to the nature and severity of the threats he had received from Velasco. In addition to M.C. identifying Velasco to investigators prior to his death, M.C.'s minor daughter, M.P., also identified Velasco through a photographic line-up.

---

[1] Any and all references herein to dates and times are to approximate dates and times.

COMPLAINT AFFIDAVIT                                    2

7. The Visalia Police Department, working in conjunction with the Kennewick Police Department, Kennewick, Washington, conducted follow up investigative efforts to locate and apprehend Velasco in the days and weeks following the murder of M.C. Investigators attempted to meet with and interview Maria Velasco, relatives, and employees, who refused to cooperate and provide information regarding Velasco's whereabouts. It was ultimately determined that Velasco had left his previous address in Kennewick and had not returned subsequent to the murder of M.C. Further information developed indicates that after the murder, Velasco fled to his country of origin, which is Mexico.

8. On March 20, 2002, the Tulare County, California, District Attorney's Office applied for and received an Arrest Warrant for Velasco for murder, in violation of California Penal Code Section 187.

9. The Tulare County warrant for Velasco's arrest remains outstanding and attempts to locate Velasco by the Visalia Police Department have been unsuccessful. On May 9, 2017, Visalia Police Department Sergeant Kevin Kroeze contacted the FBI and requested assistance with locating and extraditing Velasco from Mexico to the United States. Through the course of their investigation, Visalia Police Department investigators contacted the Department of Homeland Security and were able to obtain information that Velasco was in resident alien status at the time of the murder of M.C., and has an original country of origin of Mexico. Based upon information obtained by Sergeant Kroeze, members of Velasco's family, including his wife Maria and son, Federico Velasco Jr., have been in recent contact with Velasco who appears to be residing in Mexico. Based upon this information, your Affiant believes Velasco is living in Mexico and fled to Mexico from California to avoid arrest and prosecution.

## CONCLUSION

For the reasons stated above, I believe there is probable cause to believe that Federico Castellanos Velasco knowingly and intentionally fled from the jurisdictional boundaries of the Eastern District of California in an effort to avoid prosecution for the aforementioned crime in Tulare County, within the State and Eastern District of California, in violation of Title 18, United States Code, Section

1073, Unlawful Flight to Avoid Prosecution. I hereby request that the Court issue the criminal complaint and an arrest warrant for Federico Castellanos Velasco for this violation.

_____
THOMAS A. VOLK
Special Agent, Federal Bureau of Investigations

SUBSCRIBED AND SWORN TO EFORE ME THIS 15th DAY OF JUNE, 2017.

_____
STANLEY A. BOONE
UNITED STATES MAGISTRATE JUDGE

Reviewed and approved as to form this 15th day of June, 2017.

/s/ *Karen Escobar*
KAREN ESCOBAR
Assistant U.S. Attorney

COMPLAINT AFFIDAVIT                             4